**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jane Mcauliffe, et al. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10392-DRH-PMF |
| *Alexandria Najduch, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:14-cv-10173-DRH-PMF |

**ORDER VACATING JUDGMENT**

This matter is before the Court for the purpose of docket control. On January 27, 2017, the Court entered judgment in the above captioned actions. The judgment was based on the Court's belief that all claims as to all parties had been dismissed with prejudice. Upon further review, it is evident that a single plaintiff remains in each of the above captioned actions. In member action 3:14-cv-10392 the claims of plaintiff Christin Slyngman remain pending. In member action 3:14-cv-10173 the claims of plaintiff Latonia Barrow remain pending.

Accordingly, the judgments entered in both cases are hereby **VACATED**. The Court **DIRECTS** the Clerk of the Court to **REOPEN** each member action.

**So ordered this 30th day of January, 2017.**

Digitally signed by
Judge David R. Herndon
Date: 2017.01.30
14:08:28 -06'00'

**United States District Judge**